IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY SADLER and THREESA SADLER as Next Friend of JOHN DOE, a Minor, § § § § *Plaintiffs,* § § v. § § GREENVILLE INDEPENDENT SCHOOL DISTRICT, a governmental unit, § § § § § *Defendant.* § | Civil Case No. 3:19-CV-01551-X-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The amount of the proposed settlement, with the minor's settlement funds to be placed into a pooled Special Needs Trust under 42 U.S.C. § 1396p(d)(4)(c), through the Arc of Texas Master Pooled Trust, is accepted and approved as being in the best interests of the minor plaintiff. The trust will be established by separate order upon motion of the parties.

1

**IT IS SO ORDERED** this 12th day of August, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE